IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30783
Summary Calendar
_____


GLENDA RICE, individually and as administrator for her two minor
children; RICE CHILDREN TRUST on behalf of Rena Deslatte; RICE
ELECTRONICS INC.,; RICE ELECTRONICS OF TEXAS, INC.; DAVID P.
RICE, individually and as administrator for his two minor
children,

Plaintiffs-Appellants,


versus

JODY M. FELTERMAN, ET AL.,

Defendants,

DEAN WITTER REYNOLDS INCORPORATED,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 95-CV-1248 and 95-CV-1190
- - - - - - - - - -
May 28, 1997
Before SMITH, DUHE' and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

David and Glenda Rice, individually and as administrators

for their two minor children; Rice Children Trust, through its

trustee, Rena Deslatte; Rice Electronics, Inc.; and Rice

_____

[*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

Electronics of Texas, Inc. (collectively the Rices) appeal the memorandum ruling of the district court denying their motion appealing the magistrate judge's discovery order.  The discovery order is not appealable as a final judgment, has not been deemed final under any jurisprudential exceptions, and has not been certified for appeal by the district court.  See Dardar v. Lafourche Realty Co., Inc., 849 F.2d 955, 957 (5th Cir. 1988). Because we are without jurisdiction, the appeal is DISMISSED. See Texaco, Inc. v. Louisiana Land and Exploration Co., 995 F.2d 43, 43 (5th Cir. 1993).

APPEAL DISMISSED.